UNITED STATES of America,
Plaintiff—Appellee,

v.

Mitchell SMALLS, a/k/a Gary
Richardson, a/k/a Cebo, a/k/a
Kilo, Defendant—Appellant.

No. 04–7555.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 9, 2005.

Decided Feb. 15, 2005.

Mitchell Smalls, Appellant pro se. Rob-
ert Edward Bradenham, II, Assistant
United States Attorney, Newport News,
Virginia, for Appellee.

Before WILKINSON, MICHAEL, and
SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Mitchell Smalls seeks to appeal the dis-
trict court's order construing his motion
for reconsideration of his sentence as a 28
U.S.C. § 2255 (2000) motion and dismiss-
ing it as successive. An appeal may not be
taken from the final order in a § 2255
proceeding unless a circuit justice or judge
issues a certificate of appealability. 28
U.S.C. § 2253(c)(1)(A) (2000). A certifi-
cate of appealability will not issue for
claims addressed by a district court absent
"a substantial showing of the denial of a

constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of his constitutional claims is debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.2001). We have independently reviewed the record and conclude that Smalls has not made the requisite showing. Accordingly, we deny Smalls' motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*